UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE BLUMENTHAL,

                        Plaintiff,

-v-                                              CIVIL ACTION NO.: 19 Civ. 5265 (ER) (SLC)

CITY OF NEW YORK, et al.,                  **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 21). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Thursday, April 21, 2022 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:      New York, New York
             April 14, 2022

                                                    SO ORDERED.

                                                      SARAH L. CAVE
                                                     **United States Magistrate Judge**