LAW OFFICES OF

# HALPERIN & HALPERIN, P.C.

DAVID HALPERIN (1934-2010)
---------
STEVEN T. HALPERIN
JEFFREY WEISKOPF
---------
ALEXANDRA A. LANGMO

18 EAST 48TH STREET, NEW YORK, N.Y. 10017-1014
TELEPHONE (212) 935-2600
---------
FACSIMILE (212) 935-2390

April 15, 2022

**VIA ECF**
Hon. Sarah L. Cave,
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: Jacqueline Blumenthal v. The City of New York, et al., File No. 19-CV-5265

_____

Your Honor:

      I am the attorney for Jacqueline Blumenthal, plaintiff in the above-entitled action.

      On April 14, 2022, this Court scheduled a pre-mediation telephone conference before you on April 21, 2022 at 10:00 A.M. (ECF No. 22). However, on April 21, 2022 between 9:30 AM and 10:30 AM, I will be engaged in a pretrial conference before Justice O'Donoghue of the Supreme Court, Queens County.

      By this letter, it is respectfully requested that the conference before you be adjourned to any time after 12:00 Noon on April 21, 2022 or on Friday, April 22, 2022. I have communicated with defense counsel who consents to this request, and indicates he is available on those dates and times, as well.

      This is plaintiff's first request for an adjournment of this conference; and defense counsel, David DePugh, Esq. of the New York City Law Department has advised he has no objection to this request.

---

Plaintiff's letter-motion to adjourn (ECF No. 23) is GRANTED. The Telephone Conference to schedule a Settlement Conference scheduled for Thursday, April 21, 2022 at 10:00 am is adjourned to **Thursday, April 21, 2022 at 2:00 pm**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. All other terms of the original scheduling order (ECF No. 22) remain in effect.

The Clerk of Court is respectfully directed to close ECF No. 23.

SO ORDERED 4/18/2022

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge